KAEMPFER CROWELL
Robert McCoy, No. 9121
Elva Castañeda, No. 15717
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: ecastaneda@kcnvlaw.com

Attorneys for Defendant DLB, LLC
dba Brooksy's

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK EMMERSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DLB, LLC dba BROOKSY'S, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:25-cv-01006-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

KAEMPFER

CROWELL

Plaintiff Patrick Emmerson and Defendant DLB, LLC dba Brooksy's stipulate to dismiss all claims in this action with prejudice, each party to bear its own fees and costs.

GREENBERG GROSS LLP

/s/ Michael A. Burnette
Jemma E. Dunn, No. 16229
Matthew T. Hale, No. 16880
Michael A. Burnette, No. 16210
1980 Festival Plaza Dr., Suite 730
713 Wheat Ridge Lane, Unit 203
Las Vegas, Nevada 89135

Attorneys for Plaintiff
Patrick Emmerson

KAEMPFER CROWELL

Robert McCoy, No. 9121
Elva Castañeda, No. 15717
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendant DLB, LLC
dba Brooksy's

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:    February 23, 2026

**Ann Shih**

| | |
|---|---|
| **From:** | Michael Burnette <MBurnette@GGTrialLaw.com> |
| **Sent:** | Tuesday, February 17, 2026 9:19 AM |
| **To:** | Elva Castaneda |
| **Cc:** | Jemma E. Dunn; Monique D. Mejia; Robert McCoy; Tera Carlstrom; Ann Shih |
| **Subject:** | RE: Emmerson v. Brooksy's - Stipulation and Order to Dismiss |

Hi Elva,

Thank you for preparing. You can affix my e-signature.

Best,

**Michael Burnette**
**Associate | Greenberg Gross LLP**

1980 Festival Plaza Drive | Suite 730 | Las Vegas, NV 89135
Direct 702.777.0835 | Main 702.777.0888
MBurnette@GGTrialLaw.com



Los Angeles | Orange County | Las Vegas | New York

**From:** Elva Castaneda <ECastaneda@kcnvlaw.com>
**Sent:** Wednesday, February 11, 2026 10:33 AM
**To:** Michael Burnette <MBurnette@GGTrialLaw.com>
**Cc:** Jemma E. Dunn <JDunn@GGTrialLaw.com>; Monique D. Mejia <MMejia@GGTrialLaw.com>; Robert McCoy <RMcCoy@kcnvlaw.com>; Tera Carlstrom <TCarlstrom@kcnvlaw.com>; Ann Shih <ashih@kcnvlaw.com>
**Subject:** [EXT] Emmerson v. Brooksy's - Stipulation and Order to Dismiss

Michael,

Attached is a proposed stip and order to dismiss this matter for your review and approval. Please let me know if we may use your electronic signature.

Thanks,
Elva



Elva A. Castaneda
Kaempfer Crowell
1980 Festival Plaza Drive, Suite 650
Las Vegas, NV 89135-2958
Tel:  (702) 792-7000